IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JAN 22 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| THE ESTATE OF ANTHONY GONZALES, JAMIE GONZALES, and CG and AG, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CV 17–163–M–DWM<br><br>ORDER |

The plaintiff having filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE. All pending motions are MOOT and all deadlines are VACATED.

DATED this 22nd day of January, 2018.

Donald W. Molloy, District Judge
United States District Court